# Exhibit A

## **List of Compositions**

- Cool
- Unbreakable
- Call Me A Liar
- Mademoiselle
- Drag It Out
- Kinda Miss You
- No More Second Chances