USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2026

GARY ADELMAN
PARTNER
G@ADELMANMATZ.COM
DIR: (646) 650-2207

**MEMORANDUM ENDORSED**

Application granted. The initial pretrial conference scheduled for August 20, 2026 is adjourned to September 2, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's June 18, 2026 order are due no later than August 26, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: July 13, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

July 10, 2026

**VIA ECF**
Hon. Judge Gregory H. Woods
500 Pearl Street, Room 2200
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007

**Re: *M2V Media, LLC v. Jessica Ashley Karpov p/k/a Jessica Ashley, p/k/a Harloe, 1:26-cv-04723-GHW*– Consented to Request for Adjournment of Preliminary Conference**

Dear Judge Woods:

We are litigation counsel for defendant Jessica Ashley Karpov ("Defendant") in the above-referenced action. We write pursuant to Rule 1(E) of Your Honor's Individual Practices to respectfully request an adjournment of the Preliminary Conference currently scheduled for August 20, 2026, at 4:00 p.m.

This is Defendant's first request for an adjournment or extension of any deadline in this action. The adjournment is necessary because Defendant's counsel has preplanned travel that conflicts with the currently scheduled conference date.

Counsel for Plaintiff and Defendant have conferred, and Plaintiff consents to the requested adjournment. The parties have also conferred regarding their availability, and both parties are available on September 2, 2026, and September 3, 2026, should any of those dates be convenient for the Court.

We thank the Court for its time and attention to this matter. Should Your Honor need further information or wish to discuss, we are available at the Court's convenience.

Best regards,

ADELMAN MATZ P.C.

Gary Adelman, Esq.