SARAH M. MATZ
PARTNER
SARAH@ADELMANMATZ.COM
DIR: (646) 650-2213
LICENSED IN CA, NJ, AND NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

**MEMORANDUM ENDORSED**

August 26, 2026

**VIA ECF**

Judge Gregory H. Woods
500 Pearl Street, Room 2200
United States Courthouse
Southern District of New York
New York, NY 10007

***Re:*** ***M2V Media LLC. v. Jessica Ashley Karpov,*** **1:26-cv-04723-GHW**

Dear Judge Woods:

We are litigation counsel for defendant Jessica Ashley Karpov ("Karpov" or "Defendant") in the above-referenced action. We write with Plaintiff M2V Media LLC ("M2V" or "Plaintiff") pursuant to Rule 1(E) of Your Honor's Individual Practices to jointly respectfully request an adjournment of the Case Management Conference currently scheduled for September 2, 2026, at 4:00 p.m. and to extend Defendant's time to respond to the Complaint in this matter up to and including November 2, 2026.

The reason for this request is that the parties are actively engaged in good-faith settlement negotiations to try to resolve this case. Counsel for the parties have had several conversations about the open issues and are planning a settlement conference meeting wherein counsel and Plaintiff's representatives will virtually attend to try to settle this case. The parties have a sincere interest in resolving this matter confidentially before engaging in discovery and without the need for further public litigation, including before Defendant has to respond to the Complaint. As such the Parties are asking for a brief continuance of the Case Management Conference so they have time to finish their early settlement conversations and have the settlement conference meeting that they are planning. The Parties respectfully submit that adjourning the conference and the Defendants' time to respond to the Complaint will conserve both the parties' and the Court's resources.

This is the second request for an adjournment of the Case Management Conference, the first was due to a previously scheduled vacation of counsel for Defendant. The parties have also conferred regarding their availability, and both parties are available on October 27-29, 2026, should any of those days be convenient for the Court for the Case Management Conference.

The parties also respectfully request that Defendant's time to respond to the Complaint, which is currently September 16, 2026, be extended up to and including November 2, 2026. This is the first request for an extension of time to respond to the Complaint.

We thank the Court for its time and attention to this matter. Should Your Honor need further information or wish to discuss, we are available at the Court's convenience.

Respectfully Submitted,

ADELMAN MATZ P.C.

Sarah M. Matz, Esq.

Application granted. The initial pretrial conference scheduled for September 2, 2026 is adjourned to October 29, 2026 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's June 18, 2026 order are due no later than October 22, 2026. The deadline for Defendant to answer or otherwise respond to the complaint is extended to November 2, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

SO ORDERED.

Dated: August 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge